# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00380-GPG
(**The above civil action number must appear on all future papers sent to the court in this action.   Failure to include this number may result in a delay in the consideration of your claims.**)

ROBERT JAMES TRUBY,

    Applicant,

v.

GENERAL COUNSEL FEDERAL BUREAU OF PRISONS,

    Respondent.

## ORDER DIRECTING APPLICANT TO CURE DEFICIENCIES

Applicant, a prisoner in the custody of the Federal Bureau of Prisons, has submitted to the Court an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241, ECF No. 1.   As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the Application is deficient as described in this Order. Applicant will be directed to cure the following if he wishes to pursue any claims in this action.   Any papers that Applicant files in response to this Order must include the civil action number on this Order.

Applicant also is instructed that pursuant to 28 U.S.C. § 2243 an application for writ of habeas corpus is directed to the person who has custody of the detained person.

1

Therefore, Applicant is directed to name as Respondent the custodian or warden of the facility where he is incarcerated.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   xx   is not submitted
(2)   ___   is missing affidavit
(3)   ___   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)   xx   is missing certificate showing current balance in prison account
(5)   ___   is missing required financial information
(6)   ___   is missing authorization to calculate and disburse filing fee payments
(7)   ___   is missing an original signature by the prisoner
(8)   ___   is not on proper form (must use the court's current form)
(9)   ___   names in caption do not match names in caption of complaint, petition or habeas application
(10)   xx   other: <u>motion and supporting documents are necessary only if $5.00 filing fee is not paid in advance</u>.

**Complaint, Petition or Application**:
(11)   ___   is not submitted
(12)   ___   is not on proper form
(13)   ___   is missing an original signature by the prisoner
(14)   ___   is missing page nos. ___
(15)   ___   uses et al. instead of listing all parties in caption
(16)   ___   names in caption do not match names in text
(17)   ___   addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18)   xx   other: <u>Must state claims on the Application form.</u>

Accordingly, it is

     ORDERED that Applicant cure the deficiencies designated above **within thirty (30) days from the date of this order**.   Any papers that Applicant files in response to this order must include the civil action number on this order.   It is

     FURTHER ORDERED that Applicant shall obtain the court-approved Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action form (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov.   It is

FURTHER ORDERED that if Applicant fails to cure all of the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED February 17, 2016, at Denver, Colorado.

BY THE COURT:

s/ Gordon P. Gallagher
United States Magistrate Judge