IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00380-GPG

ROBERT JAMES TRUBY,

    Applicant,

v.

DEBORAH DENHAM, Warden,

    Respondent.

## JUDGMENT

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on March 28, 2016, it is hereby

    ORDERED that Judgment is entered in favor of Respondent and against Applicant.

    DATED at Denver, Colorado, this 28 day of March, 2016.

                                    FOR THE COURT,

                                    JEFFREY P. COLWELL, Clerk

                                    By: s/ A. García Gallegos
                                    Deputy Clerk